# UNITED STATES DISTRICT COURT    EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ROBERT GRIZZLE,<br><br>    Plaintiff,<br><br>*versus*<br><br>MICHAEL BYERLY, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 9:21-CV-296<br>§<br>§<br>§<br>§ |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Robert Grizzle, proceeding *pro se*, filed this civil rights lawsuit against several defendants. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by defendants Bridges and Coffman, as well as a supplemental motion to dismiss, be denied with respect to the claim of retaliation and granted in all other respects. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#27) is **ADOPTED**. The motion to dismiss (doc. no. 16) and the supplemental motion to dismiss (doc. no. 20) are **DENIED** with respect to the claim of retaliation and **GRANTED** in all other respects.

SIGNED at Beaumont, Texas, this 10th day of September, 2024.

                                                        MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE